1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    RICHARD A. ENSMINGER,                     No.  2:15-cv-02549-MCE
                                                No.  2:15-cv-02550-JAM
12                   Appellant,                  No.  2:15-cv-02551-WBS
                                                No.  2:15-cv-02552-KJM
13          v.

14    WELLS FARGO BANK, N.A., et al.,

15                   Appellees.                  **NON-RELATED CASE ORDER**

16

17          The Court has received the Notice of Related Cases filed on January 7, 2016.

18    See Local Rule 123, E.D. Cal. (1997).  The Court has determined, however, that it is

19    inappropriate to relate or reassign the cases, and therefore declines to do so.

20          This order is issued for informational purposes only, and shall have no effect on

21    the status of the cases, including any previous Related (or Non-Related) Case Order of

22    this Court.

23          IT IS SO ORDERED.

24    Dated:  February 4, 2016

25

26

27                                              _____
                                                MORRISON C. ENGLAND, JR., CHIEF JUDGE
28                                              UNITED STATES DISTRICT COURT

                                              1