UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. ENSMINGER,<br><br>　　　　　Appellant,<br><br>─────────────────────<br><br>In re RICHARD A. ENSMINGER,<br><br>　　　　　Debtor | No.  2:15-cv-02550-JAM<br><br><br>ORDER |

On February 11, 2016, the Clerk of the Bankruptcy Court notified this court that the record on appeal was incomplete in that it did not include a designation of record, statement of issues, reporter's transcript or notice regarding the transcript.   ECF No. 10.  That notice was served on the debtor, Richard Ensminger, who is proceeding without representation in this appeal.

An appellant's failure to take the necessary steps to prosecute the appeal may be grounds for sanctions, up to and including dismissal of the appeal.  *Greco v. Stubenberg*, 859 F.2d 1401, 1404 (9th Cir. 1988).  As appellant has taken no steps to complete the record necessary to his appeal, he is directed to show cause in writing on or before April 15, 2016, why the appeal should not be dismissed.

　　　　　IT IS SO ORDERED.

 DATED: March 31, 2016

　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____

　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1